**Order entered January 30, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-01019-CR
No. 05-12-01020-CR

**BRANDEN KEITH TAYLOR WILSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause Nos. 296-80602-2012, 296-80603-2012**

## ORDER

The Court **GRANTS** appellant's January 28, 2013 motion for extension of time to file the brief.

We **ORDER** the Clerk of the Court to file appellant's brief tendered as of the date of this order.

/s/    DAVID EVANS
        JUSTICE